IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 3:10-CR-00260 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| ABDULLAHI SADE AFYARE(2) ) | |
| HASSAN ADMED DAHIR(7) ) | |
| ABDULLAHI HASHI(11) ) | |
| FATAH HAJI HASHI(12) ) | |
| ABDIRAHMAN HERSI(13) ) | |
| MUHIYADIN HUSSEIN HASSAN(14) ) | |
| ANDREW KAYACHITH(17) ) | |
| FUAD FAISAL NUR(21) ) | |
| LIBAN SHARIF OMAR(23) ) | |
| MOHAMED SHARIF OMAR(24) ) | |
| HAMDI ALI OSMAN(25) ) | |
| HAJI OSMAN SALAD(26) ) | |
| MOHAMMED AHMED AMALLE(30) ) | |
| ) | |
| Defendants. ) | |

ORDER

Several Defendants filed motions to join in other Defendants' pretrial motions. Those motions are by: Adullahi Sade Afyare (Docket Entry Nos. 1465, 1505, 1509, 1518); Hassan Ahmed Dahir (Docket Entry Nos. 1469, 1471, 1473, 1475, 1525, 1526); Abdullah Hashi (Docket Entry Nos. 1453, 1506); Fatah Haji Hashi (Docket Entry Nos. 1452, 1467, 1468, 1507, 1542); Abdirahman Abdirazak Hersi (Docket Entry No. 1544); Muhiyadin Hussein Hassan (Docket Entry No. 1547); Andrew Kayachith (Docket Entry No. 1459); Fuad Faisal Nur (Docket Entry Nos. 1517, 1523); Liban Sharif Omar (Docket Entry No. 1537); Mohamed Sharif Omar (Docket Entry No. 1484); Hamdi Ali Osman (Docket Entry No. 1512); Haji Osman Salad (Docket Entry

1

Nos. 1534, 1540, 1543); and Mohammed Ahmed Amalle (Docket Entry Nos. 1498, 1500, 1502, 1503, 1504). All motions listed in this Order are **GRANTED**.

It is so **ORDERED**.

Entered this the 22nd day of February, 2012.

                                              William J. Haynes, Jr.
                                              United States District Judge