IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | 3:10-CR-00260 |
| | § | |
| HASSAN AHMED DAHIR (7) | § | |

*[handwritten annotation: Granted, The motion to join is Granted]*

### DEFENDANT'S MOTION TO JOIN MOTION BY CO-DEFENDANT ALI AS TO NUMBER OF PEREMPTORY CHALLENGES AND JURY SELECTION PROCESS

Defendant Hassan Ahmed Dahir (7), by and through the undersigned counsel, moves this Honorable Court for permission to join the motion filed by co-defendant Musse Ali (Docket Entry No. 1754) as to the number of peremptory challenges for the government, and jury selection process so as to allow defense counsel to confer for at least thirty (30) minutes.

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By: s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
*Attorney for Hassan Ahmed Dahir* (7)
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
Pmcnally@wmdlawgroup.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered by the Court's CM/ECF system to Van S. Vincent, AUSA, 110 9th Ave., South, Suite A-961, Nashville, TN 37203-3870, and the other counsel of record, on this 6th day of March 2012.

s/Patrick T. McNally
Patrick T. McNally