IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | 3:10-CR-00260 (7) JUDGE HAYNES |
| HASSAN AHMED DAHIR | | |

*[Handwritten notation: "ORDER — The motion to join is GRANTED." with signature and date "3-12-12"]*

## DEFENDANT HASSAN AHMED DAHIR'S MOTION TO JOIN FATAH HAJI HASHI'S MOTION IN LIMINE CONCERNING THE GOVERNMENT'S ARGUMENT

Comes Defendant, Hassan Ahmed Dahir, through undersigned counsel, Patrick T. McNally, and moves this Honorable Court for permission to join Defendant Fatah Haji Hashi's Motion *In Limine* Concerning the Government's Argument. (See, Docket Entry no. 1856). Defendant Dahir incorporates by reference, as if fully stated herein, all arguments and legal authorities raised by Defendant Fatah Hashi in his Motion and moves the Court to allow him to join in said motion.

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By: s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
Attorney for Defendant
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
Pmcnally@wmdlawgroup.com