# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | 3:10-CR-00260(7) |
| | § | CHIEF JUDGE HAYNES |
| HASSAN AHMED DAHIR (7) | § | |

*[handwritten: ORDER The motion is ... to ... is GRANTED ... 3-15-12]*

## DEFENDANT HASSAN AHMED DAHIR'S MOTION TO JOIN DEFENDANT YASSIN YUSUF'S MOTION FOR A COURT ORDER TO PERMIT THE ISSUANCE OF A SUBPOENA REQUIRING THE PRODUCTION OF A DNA SAMPLE FROM IBRAHIM MOHAMED HASSAN AND JANE DOE TWO FOR THE PURPOSE OF DETERMINING IF IBRAHIM MOHAMED HASSAN IS THE BIOLOGICAL FATHER OF JANE DOE TWO (Docket Entry no.1943)

Comes now, Hassan Ahmed Dahir, by and through the undesigned counsel, and moves the

Honorable Court to join in Defendant Yassin Yusuf's Motion for a Court Order to Permit the

Issuance of a Subpoena Requiring the Production of a DNA Sample from Ibrahim Mohamed Hassan

and Jane Doe Two for the Purpose of Determining if Ibrahim Mohamed Hassan is the Biological

Father of Jane Doe Two (DE 1943).

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By:     s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
*Attorney for Hassan Ahmed Dahir* (7)
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
Pmcnally@wmdlawgroup.com