| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | 3:10-CR-00260(7) |
| § | CHIEF JUDGE HAYNES |
| HASSAN AHMED DAHIR (7) § | |

### DEFENDANT HASSAN AHMED DAHIR'S MOTION TO JOIN DEFENDANT FATAH HAJI HASHI'S *BRADY* MOTION TO DISCLOSE FAVORABLE INFORMATION CONCERNING THE GOVERNMENT'S DECISION NOT TO PURSUE COUNTS INVOLVING JD1 AND THE SEALED PROCEEDING OF MARCH 21, 2012
(Docket Entry no. 2160)

Comes now, Hassan Ahmed Dahir, by and through the undersigned counsel, and moves this Honorable Court to join in Defendant Fatah Haji Hashi's *Brady* Motion to Disclose Favorable Information Concerning the Government's Decision Not to Pursue Counts Involving JD1 (DE 2160) and the sealed proceeding of March 21, 2012.

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By: s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
*Attorney for Hassan Ahmed Dahir* (7)
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
Pmcnally@wmdlawgroup.com