IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | 3:10-CR-00260(7) |
| | § | CHIEF JUDGE HAYNES |
| HASSAN AHMED DAHIR (7) | § | |

### DEFENDANT HASSAN AHMED DAHIR'S MOTION TO JOIN CO-DEFENDANT ABDULLAHI HASHI'S MOTION FOR THE COURT TO ISSUE A SECOND STAY OF THE PROCEEDINGS BASED ON THE GOVERNMENT'S DISCLOSURE OF DISCOVERY PACKET NO. 17

Comes now, Hassan Ahmed Dahir, by and through the undersigned counsel, and moves this Honorable Court for permission to join Co-Defendant Hashi's Motion for the Court to Issue a Second Stay of the Proceedings based on the Government's Disclosure of Discovery Packet No. 17 (Docket Entry 2177).

*[handwritten notation: Order — The motion to join is GRANTED. /s/ [Judge] 3-30-12]*

By:

Respectfully submitted,

WEATHERLY, MCNALLY & DIXON, PLC

s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
*Attorney for Hassan Ahmed Dahir* (7)
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
Pmcnally@wmdlawgroup.com